**Order entered March 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00112-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ADAM MATTHEW SMITH, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-37992-U**

### ORDER

The State of Texas has filed an interlocutory appeal from the trial court's February 10, 2021 order granting Adam Matthew Smith's motion to suppress. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(5). In its notice of appeal, the State asks for a stay of the trial court's proceedings pending disposition of the appeal of the suppression order.

Article 44.01(e) provides that the State is entitled to a stay in the proceedings pending the appeal of the trial court's order granting a motion to

suppress. *See id.* art. 44.01(e). We **GRANT** the State's request and **ORDER** the proceedings stayed pending disposition of the appeal of the trial court's order granting Smith's motion to suppress.

On March 1, 2021, court reporter Sasha Brooks filed a corrected volume 4 of the reporter's record along with a corrected State's exhibit 2. In light of this, we **STRIKE** volume 4 and State's exhibit 2 of the February 26, 2021 reporter's record.

/s/    ERIN A. NOWELL
        JUSTICE